# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Guru Sai Madupuri**

Plaintiff

V.

CIVIL ACTION NO.

1:25-11040-FDS

**Toddy Lyons**

Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's STIPULATED ORDER dated May 12, 2025 (Dkt. No. 22), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

By the Court,

5/12/2025
Date

/s/ Matthew McKillop
Deputy Clerk